# UNITED STATES DISTRICT COURT
for the
Multi-A.U.S.A. District of Mont.

Appellate - Billing't Division

| | |
|---|---|
| Gregory L., WAllACE, p.p. ) <br> _____ ) <br> *Plaintiff(s)* ) <br> (Write the full name of each plaintiff who is filing this complaint. ) <br> If the names of all the plaintiffs cannot fit in the space above, ) <br> please write "see attached" in the space and attach an additional ) <br> page with the full list of names.) ) <br> -v- ) <br> ) <br> ) <br> "et al attached 'john doe/jane doe ) <br> defendant  *Defendant(s)*  personnel.." ) <br> (Write the full name of each defendant who is being sued. If the ) <br> names of all the defendants cannot fit in the space above, please ) <br> write "see attached" in the space and attach an additional page ) <br> with the full list of names. Do not include addresses here.) ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.
  Attn:attached TAG-along in forma pauperis Motion to Proceed on Post-Conviction & Habeas corpus sub juciendum Multi dist. Ct. Billings, Missoula, Helena Divisions. Of U.S. District Court OFFICE OF (R.O.A.) U.S. 9th Cir. Ct. Of App. Scope; Motion;F.L.I.T.E. a.o.:3009601[5-2020]

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name, WAllACE, Gregoy L., pro per Petitioner/Requester

All other names by which you have been known: Gregory Lynn., Wallace, p.p. Appellant

ID Number a.o.:#3009601 @ Montana State Prison (LSU-A+341)

Current Institution Address @700 Conley Lake Road, DeeR LodgE, Mont.z.c. 59722 u.S.A.

DeeR LodgE    Montana    59722
*City*        *State*    *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: I.P.P.O. Jim Jess & Liz Fisher; Warden, Lynn Guyer Heather Smith, "reamended civil compliance Cpt. Kowalsi+"
Job or Title (if known): Missoula Assessment's & Sanction Centre Officer,
Shield Number:
Employer: @ Missoula Co. D.O.C.-M.S.P. ADMIN. Acting Official to,
Address: 2340 Mullan Road, Missoula, M.A.S.C.-Mont. 59808-1018..

MISSOULA    MONTANA    59808
*City*      *State*    *Zip Code*

[✓] Individual capacity   [ ] Official capacity

Defendant No. 2   I.P.P.O., Jim Jess
Name, JIM JESS institutional prbation parol officiating
Job or Title (if known): Institutional Probation Parole Officer
Shield Number:
Employer: Mont. St. Prison, Warden Lynn Guyer & Mr. Salmonsen,
Address: State Prison Mail Box R.m, 400 Conley Lake Road

DeeR LodgE,    MONTANA STATE    59722..-
*City*         *State*          *Zip Code*

[✓] Individual capacity   [✓] Official capacity

Defendant No. 3

Name, Ben Boulet/Bouley

Job or Title *(if known)* Unit Management, Low Side Mont. State prison

Shield Number

Employer  MONTANA STATE PRISON/DEPARTMENT OF CORRECTION-MT..

Address  500 CONLEY LAKE ROAD

DEER LODGE, *City*   MONTANA *State*   Z.C. 59722- *Zip Code*

[/] Individual capacity   [/] Official capacity

Defendant No. 4

Name, Sgt. Johnson,

Job or Title *(if known)* Sergeant

Shield Number

Employer @ Missoula C. Assessment & Sanction's Centre

Address, @Mont. State Prison/Departmental Correction Official, 2340 MULLAN ROAD, MISSOULA MONTANA STATE 59808-1018..

Missoula, *City*   Mont. *State*   z.c. 59808-1018 *Zip Code*

[/] Individual capacity   [/] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

[/] Federal officials (a *Bivens* claim)

[/] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

VIII. AMDT. U.S.A.-CONST., IVTH-AMDT., VTH AMDT., VI AMDT.  FIL (F.O.I.A.) /ka/ MCA. § 2-6-101. to § 2-6-112. Freedom Of Information Act, independent Consular freedom information laws, legal issued federal/indian mail tampering:Upon·Indian-Probate-Land Trust·/ Title 28 U.S.C.A. § 296., Mont. D.Ct. Appt. For Consul outside-OPD. Office of the Public Defence for State Of Mont. Regions 5 and OPD-9..

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Art. IV., Art. V., Art. VI., Hon. State Justices violate federal laws. Under ... Ct. Appt. ..statutory position of consul/counsel known as referred to in 28 USCA § 591., unsworn declaration 28 USCA § 1331., <

forged Physician assist. grievances by Unit-case management from, 2014-2020. Aggrieved party's H-Pyloria One blood contamination. As resultant infection through Nurse Dept. deliberate indifference to serious <u>blood transplant by Deer Lodge Medical ER, May®®, 2016..</u>

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Discrimination prohibited by state MCA. § 49-2-308., CCCS, INC. a Legal Issued respondent of PreReleased Probationer, WAllACE filed upon Dr. McGree or McGreely/McGreedy; now incapication of FTCA-Crime;

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [✓] Convicted and sentenced state prisoner
- [✓] Convicted and sentenced federal prisoner
- [x] Other *(explain)* A State Duty To Protect Rights certified 2003-F.D.R.
  ~~...traverse to deney any facts claimed by Hennessy,~~
  Mont. Second Judiciary D. Ct. Hon. BH to Ann Shea..

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
Herein M.S.P./D.O.C. internal affairs Seperation of Powers throughout Yellowstone Co. & Butte-Silver Bow Co., prosecutorial misrepresented state of Mont. Const. infirm felonious Misdemeanor unconsuled/Uncounsled City Municipal Ct. Convictions. Denial of Brady-Material for self-de<u>fence U.S. CONST. privileged to Self-represent @ Discovery..</u>
...trial from alleged Item:non-assumpsit undertaking nonwaiver

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
Mont. St. Prison transite through Butte-Silver Bow. Co. allegation Right to, Accused has (15) fifteen month credit U.S. CONST. full-faith on direct appellant's Enacted Speedy Trial in DC:15-58/DC:14-54 case..
State A.G., or Prosecutorial institutional custodian retaliatory-racial <u>bias or prejudice</u> cause of fed. Id. civil right claim May 2015 M.S.P.-D.O.C denial's fr, 28 USCA § 1331. due "gross-negligence'"' s to blood infection in resultant definitive statement notice here.

C.  What date and approximate time did the events giving rise to your claim(s) occur?

in 1, Sept. 2020 to 8, Aug. 2019 and during October 2012 on the direct objection to David Duke misrepresentation. Ct. Appt. on G. Todd Baugh, violation of federal law 28 U.S.C.§ 296., confrontation to Kim Solvang-Hamm, Ingrid Rosenquist, Attorney' statute Ord.

D.  What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

/L.S.7 Mistreatment of M.A.S.C. DOC-MSP procedural adequate medical care. Denial formmed on deliberate indifference to hemmorhoid chronic blood contamination as resultant Infirmary MSP-DOC (DLC) proof .. Deer Lodge Hospital ER, Transfused sanitary blood, infection and at exhausted Warden, MSP-systematic liability not reported by Nurse..

## V. Injuries

HP-1, known by h-pyloria one RN, Linda _____, neglected complaints.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Physical & emotional distress caused by Infirmary Nurse Dept. of record's urgent blood transfusion referral to DLC Hospice ER. May 2016. Suffered shortness of breath, Disorganization, irritabllity, restless PTSD fr, Distractibillties upon lifetime childhood neurosis..

Mental healthcare inadequate or Telex-Psych. medical care has malpractice of procedure formed by policies in re, HIPPA Required

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

i petitioner/requester, per daily financial cost for litigation fees, redress MSP-(DLC)-DOC. State $865.00 for each month I sustain DLC-deliberate indifference to adequate required records doctrine DOC-MSP does continually bias or prejudice Discrimination prohibited.. Punitive Damages for every Month institutional high side close two-unit Mgr. Boulet/BOULEY had forgery's to PA, Infirmary Nurse Dept. known as deceit, graft; bribery; including actual Accountabilites to $100.00 dollars for every daily misrepresentation to Audita liable.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

see DLC-2015 to DLC-2017 Kirkegaard, Warden's Admin. dDenial..

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." ...unprovoked Sgt. Johnson's correctional staff @missoula assessment & sanction centre-defendant officials denied -- Immunity.

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies. Concurrent DOC-MSP post conviction and habeas corpus sub juciendum

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✓] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Yellowstone County and Missoula Co. detention fascilities Correctional health partnership. Mental health formulary malpractices, deliberate 8,AUG. 2019 indifference to 6,MAR. 2020- 1, SEPT. 2020.. classification on discriminatory basis in race & religion held to, be unconstitutional after 5, MAR. 2018 Discharge US-BOP. posed MSP- i've 15-month confined for alleged felonious escape 14,Sept.2014"

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[✓] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[✓] No

[ ] Do not know

(TAG) If yes, which claim(s)? []INTERNAL[] MTD_CMEF.L.I.T.E.@mtd.uscourts.gov

Tuesday, Octobere 6, 2020 to 29, Septembere 2020 8:34 A.M. [exigent] Mont. Supreme Court of App. Rule 10 (4) certifiable due processing [External] Activities Association in Cause or Case 1:20-cv-00130-SPW-TJC Wallace v. Kowalski/Sgt. Johnson, H. Smith/Correction-staff.. e.g. Ron Barker,                    , Terri Linear, case mgr. & L.Fisher;

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[✓] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility? Missoula Assessment and Sanction Centre formed on Y.C.D.F.

[✓] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance? YCDF, Billings-Missoula M.A.S.C. @3165 King Ave., Billing Mont. z.c. 59101 and 2340 Mullan Road, Missoula Mont. 59808

2. What did you claim in your grievance? Discrimination prohibited by state duty to protect right VII, AMDT. cruel and unusual punishmt. Unjustified act of breaking thumb by Sgt. Johnson's correctional-officer on duties to 24, MARCH 2020 and Deliberate indifference to serious hemmorhoid bleeding Mar. 6, 2020 to Sept. 9, 2020 see PA, Cosby whom prescribed clearly due processing M.D..I.U. transite fr, M.A.S.C. in which the defendant officials were denied immunity 2020..

3. What was the result, if any? Pendent excessive force and fear of A prison guard's unprovoked and unjustified thumb damage for no purpose amount to pending X-Ray's proof of excessive force, in violations of the Eighth Amendment.. Court relies on Ninth Circuit Court of Appeals decision in Meredith v. Arizona, 523 F.2d 481 (9th Cir. 1975) governing Formulary.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.) ...YCDF & M.A.S.C./MCDC Cpt. Kowalski and Yellowston Correctional-health partners refusal/denial of State Telex Psych 2014-2019 record on audio tape no. Point's to prisoner's right at de minimis cost to validated penological interest. On basis of Psychiatrist Medicare & chronic healthcare, Had klo made it clear that contemporary standards of decency are k violated when a prison guard wantonly applies force to a prisoner to cause harm, regardless of whether significant injury results where proof/proof of H Pyloria 1 Civil Rights Act establish."

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

M.A.S.C. aware of the complaints problem prior to (TAG) filing of compliance on R. 10 (4) Mont. Supreme Court PC-R & Habeas prison conduct. LSgt. Johnson and unit Manager known assumed effect of soveraigne immunty on State Litigation. Official has the free choice providing necessities to DOC/MSP prisoners; not complete or final and true but are o,,edoate;u a½½ea;ab;e. DLC-are called interlocutory appeals. About seperation from general M.A.S.C. prison population and MSP - DOC population upon Accused repptation of Silver Bow Co. prosecution, as fifteen month credit & Full-Faith U.S. CONST. Eighth Amendment..

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

informal aggrieved party's conditions below Const. mimimum standards, Fourth Ameddment violation constituted by institutional probation official at M.A.S.C. § 11.8 Retaliation Claims. Wallace, pro per complaints angered "higher-ups." Where their suspect out-of-timing {KNIGHT'} watcH west knowledge of State Prosecutors post conviction April 7, 2013 to Octobere 7, 2020 investigation , stale evidence was used☆.

☆ ☫.☃:G Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Detrimental infirmary consequences 2015 to 2016 May. Collusive party's additional litigation Employees are also subject to search in a transport dated:Sept. 1st, Yr. 2020 because this DLC-required records doctrine not uncommon for retaliation i have sustained and had suffered k blood contamination affecting established law in the Ninth Circuit prohibition on retaliatory punishments.. (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

"I Am writing OPd-Regions 5, and 9, Butte-Silver Bow Co. and Billings"

VIII. Previous Lawsuits

Claim for Retaliation pro per @ First Amendment Nominal Damage, Inc.]

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

DLC-(TAG) or F.L.I.T.E. claim for retaliation on in violation of his First Amendment rights proceed in forma pauperis Motion for Leave to Filing Information issued in single informal greevance.. Rights by formed grievance in pursuit of Re-Amended 2016 civil exhaustion requirement sucessful part of MSP-DOC (DLC)System..

See United States v. Brown, ...Evid. seized without warrant at Yellowstone - Missoula Counties revocation procedural excluded.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

[✓] Yes

[ ] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

See 2011 to 1997 F.L.I.T.E. Office of Disciplinary Counsel for, 2012..

1. Parties to the previous lawsuit

   Plaintiff(s)  Paul Vestal/Kimberly Solvang-Hamm & A. Shea..

   Defendant(s)  Wallace, Gregory v. David Duke, OPD-9 2011-2012.

2. Court *(if federal court, name the district; if state court, name the county and State)*

   "Yellowstone-Missoula Counties and Big Horn or Rosebud County D.F."

3. Docket or index number

   not applicable see fed. legal info. thru-use-of electronics AUSAO.

4. Name of Judge assigned to your case  Unapplicable

5. Approximate date of filing lawsuit  1997 U.S. District Court District of Montana MDL-

6. Is the case still pending?

   [✓] Yes

   [ ] No

   If no, give the approximate date of disposition.  Commwnxement of discharge..

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*  failure to prosecute

A.U.S.A. Office, have FIL Petitioner/Requester pro per FOIA..

Pending Mont. Supreme Ct. Rule 10 (4) to Remit previous IAC / fil Ninth Circuit Court of U.S. Appellee-appellant's brief record..

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  NA

[x] Yes

[ ] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)  Cpt. Kowalski, YELLOWSTONE COUNTY-M.A.S.C./M.D.I.U.

   Defendant(s)  Gregory Wallace, p.p. jurisdictional counter claim.

2. Court *(if federal court, name the district; if state court, name the county and State)*

   helena, missoula, great falls, billings, butte division seperation of powers Art. 2, Section II Mont. Const. and U.S. CONST. Due Process Clause or National Constitutional Ex Post Facto Clause proof.. In Ninth Circuit U.S. Court of Appellee - appellant, WAllACE,p.p.

3. Docket or index number  CR/CV0461BLGJDS01 & CV/CR0461RFC02 et. al.

4. Name of Judge assigned to your case  UA/unknown statutory position..

5. Approximate date of filing lawsuit  See 1996 to 2006 and see 2011 to 2020 State Duty To Protect Right.

6. Is the case still pending?

   [x] Yes

   [ ] No

   If no, give the approximate date of disposition  Post Conviction Relief..

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*  DC 11-17523# DA 13-0123 DA 14-0127 Knight' watcH west MisTREATMENT program reasonable fact.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: In 7th Day of Octobere, Year of 2020 pro per

Signature of Plaintiff: H. L., Wallace, p.p. Petitioner/Requestor

Printed Name of Plaintiff: WAllACE, Gregory l.,

Prison Identification #: MT PRISONER ID 59043-0625 A.O.#300980173009601

Prison Address: MSP-DLC, Montana state prison institution, 700 Conley Lake Road, Deer Lodge, Mont. 59722-z.c.

City — State — Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City — State — Zip Code

Telephone Number (jpending)

E-mail Address [pending]

ID= 1105468959

Form 10(4)

## CERTIFICATE OF SERVICE

I certify that I filed this <u>Judiciary Notice of Facts In Law</u>
☐ Petition
☐ Motion
☒ Other <u>COMPLAINT FOR VIOLATION OF CIVIL RIGHT(S)..</u>
[Name of document]

with the Clerk of the Montana Supreme Court and that I have mailed or hand delivered a copy to each attorney of record and any other party not represented by counsel as follows:

<u>A.G. TIMOTHY FOX</u>
[Name of opposing counsel]
<u>P.O. BOX 201401</u>

<u>Helena, Mont. z.c. 59620-1401</u>
[Address]

Counsel for <u>MT-13TH/MT-2ND DA</u>
<u>Yellowstone County / Silver Bow County</u>
<u>A.O. #3009601</u>
<u>Montana State Prisoner (at LSU-A#341)</u>
[Other party representing himself or herself]
<u>700 Conley Lake Road</u>

<u>Deer Lodge Mont. z.c. 59722</u>
[Address]

DATED this <u>07</u> day of <u>Octobere</u>, 20 <u>20</u>.

<u>G.L. Wallace, p.p.</u>
[Signature]

<u>Gregory L. Wallace,</u>
[Print name]   Pro Per



© Montana Supreme Court