UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| GREGORY L. WALLACE, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 20-143-BLG-SPW |
| vs. | |
| JOHN/JANE DOE PERSONNEL, et al., | |
| Defendants. | |

_____

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED this action is DISMISSED.

    Dated this 9th day of March, 2021.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ T. Gesh
                                  T. Gesh, Deputy Clerk